AO 442 (Rev 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
✓ RECEIVED ___ COPY

MAR 28 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America
v.

Cynthia Solano
*Defendant*

Case No. CR-23-00408-001-PHX-GMS

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Cynthia Solano,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:922(o) and 924(a)(2) Possession of a Machinegun

*Katlyn James*
Issuing officer's signature

City and state:   Phoenix, Arizona

ISSUED ON 3:30 pm, Mar 15, 2023
s/ Debra D. Lucas, Clerk

Katlyn James, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3-21-23, and the person was arrested on *(date)* 3-22-23
at *(city and state)* Springfield, IL.

Date: 3-22-23

*Arresting officer's signature*

Kevin Lasiter, ATF Special Agent
*Printed name and title*

cc: PTS