GARY M. RESTAINO
United States Attorney
District of Arizona
D. MATTHEW CONTI
Assistant U.S. Attorney
Arizona State Bar No. 021719
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: David.Conti@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Jul 18 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-23-00408-PHX-GMS (MTM) |
| Plaintiff, | **INFORMATION** |
| vs. | **COUNT 1** – VIO**:** 18 U.S.C. §§ 922(o) and 924(a)(2)<br>(Possession of a Machinegun) |
| Cynthia Solano a.k.a. Cynthia Jorge Solano, | **COUNT 2** - VIO: 18 U.S.C. § 1956(h)<br>(Conspiracy to Commit Money Laundering) |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

### COUNT 1

On or between December 27, 2022 and January 3, 2023, in the District of Arizona and elsewhere, Defendant CYNTHIA SOLANO did knowingly possess a machinegun, that is, a part commonly known as a "conversion device" or "switch" which is designed and intended solely and exclusively for use in converting a weapon into a machinegun. In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT 2

Beginning on or about March 21, 2022 to on or about January 9, 2023, in the District of Arizona and elsewhere, CYNTHIA SOLANO, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to conduct and

attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, engaging in the business of dealing in firearms without a license, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

Dated this 18th day of July, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

D. MATTHEW CONTI
Assistant U.S. Attorney